# ATTACHMENT 1

# COMPLAINT FORM

FILED/REC'D
2022 AUG 31 P 3:51
CLERK OF COURT
U.S. DISTRICT COURT

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF **WISCONSIN**
( IN MADISON, WISCONSIN, 53703 )

(Full name of plaintiff(s))

TIMOTHY LEE STEWART, Sr.

C/O: TIMOTHY LEE STEWART, Jr.
( Father On Behalf Of Biologically Tested CHILD VIA DEFENDANT )

(( Father, Also Known As, Ordined STREET PASTOR VIA: You-TUBE CHANNEL: 1.) Timothy Stewart; Revern; 2.) Revern Eagle; 3.) Timothy Stewart; 4.) buTTA MINISTRY; 5.) Reverb Eagle; Revern; 6.) Revern Eagle Condemns Man. ))

vs

Case Number: ( TO BE DETERMINED VIA COURT )
(to be supplied by clerk of court)

(Full name of defendant(s))

KRISTEN LYNN ALDERSON;

ARIANNA NICOLE ALDERSON;

LISAMARIE ALDERSON;

JESSICA HOLMES (PROBATION AGENT);

RICK FETTING (PROBATION AGENT);
MADISON POLICE DEPARTMENT EMPLOYEE:
MADISON DISTRICT ATTORNEY'S OFFICE EMPLOYEE:

A. PARTIES

1. Plaintiff is a citizen of **WISCONSIN** and resides at
(State)

621 West Court Street, Janesville, WI 53548.
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

{ Extended Supervision
( Probation Adjustment )
( Violations. Lawsuit )
2. See Attached for Clarification of Merits of 42 U.S.C. § 1983 }

Attachment One (Complaint) – 1

2. ~~[struck]~~ TIMOTHY LEE STEWART, Sr., Plaintiff, has attached Detailed list of All Defendant(s). (see ~~[struck]~~ EXHIBIT LIST/MOTION(S), Attached to This Complaint.
is (if a person or private corporation) a citizen of Defendant. Defendant, KRISTEN LYNN ALDERSON is) _____ (State, if known)
and (if a person) resides at PROTECTED ADDRESS (SAFE AT HOME PROGRAM; MOREOVER, DEFENDANT RuTH WESTMONT CAN ARRANGE SERVICE. Ruth Westmont, (Address, if known)
and (if the defendant harmed you while doing the defendant's job) Is the Assigned G.A.L. (Dane County Case No. 2010PA644PJ).
worked for Defendant, Kristen Lynn has A Protected Address And Workplace. Additional Defendant (Employer's name and address, if known) addresses will be noted via Plaintiff's Defendant Witness List.

(If you need to list more defendants, use another piece of paper.)
Additional Defendant(s) are noted via attached Defendant List Pinned via Plaintiff.

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Defendant(s): A.) Kristen Lynn Alderson; B.) Arianna Nicole Alderson; C.) Lisa Alderson; D.) Ruth Westmont (Guardian Ad Litem); E.) Madison Police Department Employee: _____ ; F.) Dane County District Attorney(s) Office

for Constitutional Deprivation(s) Which Offend(s) Plaintiff's H.I.P.P.A. LAW(S) BREACHES. Filing false Police Reports via Dane County Police And District Attorney's Office; After filing false Police Report(s) Admits To SAID false Criminal Allegation(s) Absent Punishment(s) for Obstruction(s) of Criminal Justice; Filing False Allegation(s) Against Plaintiff via Probation and Parole Office (JANESVILLE, WI BRANCH) Allegation(s) Include Anonymous Complaints; complaints via Jackie Alderson's Name; Complaint(s) In Defendant's name (Kristen Alderson); Moreover, Assistance (E.S. Probation Adjustment) Violations. See Attached for further Clarification of Issue(s) of Lawsuit Grounds.

Attachment One (Complaint) – 2

Via False Report(s) are aided via Kristen Lynn Alderson's Family Member(s) And Affiliation(s) with West Side Police District, Madison Police Officer(s). Lisa Alderson, prior to plaintiff's release from Prison 11-12-2019 convienced her Sister to Contact Plaintiff's Probation Agent. (Fully Explained via Attached Complaint via Allegation(s) of Defendant" Section of Lawsuit).

On 9-9-2020, Kristen and Arianna, frustrated that A.N.A. Dad would not spend time or money on her for her Birthday. (Whether Mental Illness/ Disorder Excluded Kristen and A.N.A." Reality that A Father - Husband - Man of God ; BOY - MAN - HUSBAND - Of Flesh will always abandon Loved One(s) Where Resentment(s) and irroncibile differences exsist between Parent(s).

Specifically, a few months prior, Plaintiff spent Thousand(s) of Dollars and Always came on Beckon Call for His Children, upon Defendant(s) Cause(s). When A.N.A." Father failed Defendant and Daughter for her Birthday, Unbeknowest to mother or Under Mother" Instruction(s) (Truth in this case, cannot be seen with the Naked EYE Alone. This Case Presents, a Family (Alderson's) with numerous Emotional - Mental - Illness(s) and Broken Family Unit(s)).

Absent any Physical Evidence; Written; verbal → exchange of the actual Phone Call That Allegedly violated the terms of 09-09-2020, Injunction Violation Request of Defendant. Per A.N.A." Phone call to Defendant on her way to Work, Plaintiff was Charged (Extended Supervision /) Probation. See Attached for full Merits of Lawsuit)

Via West Side Madison Police District Employee: Charge Initiated P.O. Hold Against Plaintiff. This Alternatively, Plaintiff was given a 90 Day Sanction Via Alleged Violated Contact of Dane County Case No. _____, Nonetheless, Dane County Case No. 10PA644PJ, Authorized Permission for Behind The Scence(s) Contact(s) for Physical Placement. Plaintiff, acting under instruction; Prior History of Dismissed Case(s) via Defendant Contacting Plaintiff and contacting The Fitchburg, Madison Police Station(s); and Knowledge of Intent via Knowingly Violation of Court Order(s). Proceeding With Caution, As Court, Prescribed the Same via 06-02-2020, Hearing and Hearing Prior to contacted his Son's Phone for Scheduled Physical Placement Weekend Visitation Arrangement(s) Previously set via Defendant & Plaintiff, Prior to Plaintiff's Phone Call With Defendant, where Plaintiff Advised Defendant" A.N.A. Father not Buying Her Birthday Present(s) was not his problem." Plaintiff, further, advised Defendant she had to stop making scenario" where his son (T.L.S., Jr.) was allegedly missing while he was Working. Plaintiff, further, advised, Defendant, he had 5 Girlfriend(s) to try to bond with Outside of Work and spending time with his Children. (See Complaint for full Explanation(s) of Issue(s) Affecting Plaintiff's Probation / Extended Supervision via All Defendant's False Police Reports, Arrest, In Violation of Plaintiff's Due Process Rights, and etc.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1.) I request InCamera Inspection via Mental Health Records of Kristen Lynn Alderson; Lisa Alderson; Arianna Nicole Alderson.

2.) I request Defendant Kristen Lynn Alderson eradicate all negative conversation(s) with T.L.S. via Alienation Tactic(s) and Manipulation(s) via Fake Love (Buying Toys, Clothes). T.L.S., Jr. has told Plaintiff, Defendant has told him how much she Hate(s) All Her children Father'z. This negative conversation Pollute(s) a Young Child and Emotionally Abuse(s) child. Illustrations of Life via Living Experience(s).

3.) I request Dismissal of Prosecutorial Misconduct Charge Issued Via Dane County District Attorney Absent Proof of Evidence Beyond Imagined Verbal Exchanges between Father and Son Via Protected Rights via Familial Bonds; and moreover "Monitored" Phone Calls was not ever Ordered or Mandated.

(Extended Supervision/
Probation Adjustment,
& Violations via Defendant,
False Police Reports, Reports To Agent. See Attached for further clarity of Lawsuit Against Defendant(s))

Attachment One (Complaint) – 4

## Relief Wanted:

4.) Per, 8-11-2022, ROCK COUNTY HUMAN SERVICES DATA BREACH ALL DEFENDANT(S) BE MANDATED SUSPECT(S) OF NEW H.I.P.P.A. LAW BREACH VIA RECORD CUSTIODIAN ACKNOWLEDGEMENT THAT PLAINTIFF'S DATA WAS BREACHED.

5.) Bieng That Law Enforcement Official(s) are Named and Subject to Claim(s) that Crumble" Immunity Protections Under Color of Law Defense, Pursuant False Charges (Lacking Evidence To Issue SAID OFFENSE(S) AGAINST INNOCENT PERSON(S). See Mooney V. Holohan, 294 U.S. 103, 112 (1935). (Prosecutor(s) and Law Enforcement Cannot Use Perjured Testimony(s) to Launch False Charge. Based on Unverified/Unrecorded/False Imagined Fake Unlawful Phone Call that issued Dane County Case NO. 2020CF2610, Charge. Plaintiff request(s) the Court Mandate(s) Directive(s) That Prohibit Madison Police Department (West Side District Employees from retaliating against him via False Arrest(s) Via herein, Lawsuit; and Cease and decease all Illegal H.I.P.P.A LAW Violation(s) that Offend(s) Plaintiff's Gauranteed Constitutional Protections to H.I.P.P.A Infrenchise. See Title 5, U.S.C. § 22(a).

6.) See Attached for Additional Grounds of Relief.

(Probation/E.S.)

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
                    OR
☐ Court Trial – I want a judge to hear my case

Dated this __30th__ day of __August__ 20__22__.

Respectfully Submitted,

_____ (Pro. se)
Signature of Plaintiff

__608-436-4362__
Plaintiff's Telephone Number

__Stewarttimothy938@yahoo.com__
Plaintiff's Email Address

__621 West Court Street__

__Janesville, WI 53548__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).
-Additional Plaintiff, Timothy Lee Stewart, Sr.

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint. (Please see Completed Financial Disclosure Forms to Proceed Immediately Absent Pre-payment of Fees/cost

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

(Probation/E.S.)
(Adjustment)
(Issue-Violation(s))   Attachment One (Complaint) – 5